IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MAURICE FRAZIER COOPER,

   Plaintiff,

vs.              CIVIL ACTION NO.: CV205-145

UNKNOWN DEFENDANTS,

   Defendants.

## ORDER

  Plaintiff originally submitted a complaint for filing in the United States District Court for the Northern District of Georgia. By Order dated July 8, 2005, that Court transferred the case to this Court. Plaintiff neither paid the filing fee nor filed a motion to proceed in forma pauperis. By Notice dated July 11, 2005, Plaintiff was instructed to pay the filing fee of $250.00 or move to proceed in forma pauperis within twenty (20) days. Plaintiff was further advised that his failure to comply with that notice may result in the dismissal of this action without prejudice. Plaintiff has failed to respond to the Clerk's notice. Accordingly, this action is **DISMISSED,** without prejudice.

  SO **ORDERED**, this 5th day of August, 2005.

                  JUDGE, UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

COOPER

)

vs

)  CASE NUMBER  CV205-145

UNKNOWN

)  DIVISION  BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 8/5/05 , which is part of the official record of this case.

Date of Mailing: 8/5/05

Date of Certificate  ☒ same date,   or _____

Scott L. Poff, Clerk

By: _____ Sherry Taylor _____
Sherry Taylor, Deputy Clerk

Name and Address

Maurice Cooper, 1074 Carl Griffin Drive, Savannah, GA 31405

☐ Copy placed in Minutes
☐ Copy given to Judge
☒ Copy given to Magistrate